UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALEXANDER VLADIMIROVICH ZALESHCHUK, *ET AL.*, </br></br>Plaintiffs, </br></br>v. </br></br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, *ET AL.*, </br></br>Defendants. | Civ. A. No. 20-2938-DLF |

**DEFENDANT'S MOTION TO EXTEND TIME**
**TO FILE MOTION TO ANSWER**

Defendants, United States Citizenship and Immigration Services, *et al.*, by and through counsel, respectfully request a 30-day extension of time, from March 26, 2021 until April 26, 2021, to file its response to Plaintiffs' complaint. The short procedural history of the case has caused considerable confusion which Defendants are working to untangle. Among other things there have been difficulties connecting with all of the relevant stakeholders on the Defendants' side. Although the parties have not had an opportunity to meet and confer, and therefore Defendants cannot convey Plaintiffs' position concerning this motion, Defendant will reach out to Plaintiffs in the earliest part of the coming week and inform the Court by notice on the docket of the results. This is Defendants' first request for an extension of time. It is made in good faith, for good cause, and not for the purpose of delay.

Wherefore, Defendants respectfully request that the Court grant Defendants' request.

- 2 -

Dated:  March 26, 2021	Respectfully submitted,

    CHANNING D. PHILLIPS, D.C. Bar #415793
    Acting United States Attorney

    BRIAN P. HUDAK
    Acting Chief, Civil Division

    */s/ John Moustakas*
    John Moustakas, D.C. Bar No. 442076
    Assistant United States Attorney
    555 Fourth Street, N.W.
    Washington, D.C. 20530
    (202) 252-2518
    john.moustakas@usdoj.gov

    *Counsel for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VICTOR AVILA, JR. and JUDICIAL WATCH, INC., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF STATE, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civ. A. No. 17-2685 (RC) |

## **(PROPOSED) ORDER**

Upon consideration of Defendant's Motion for Extension of Time, and the entire record herein, it is hereby

**ORDERED** that, for good cause shown, the Motion is GRANTED and the current Summary Judgment briefing schedule shall be amended as follows:

| **Filing** | **Proposed New Deadline** |
|---|---|
| Defendant's Motion for Summary Judgment | May 20, 2021 |
| Plaintiffs' Opposition to Defendant's Motion for Summary Judgment and Cross-Motion for Summary Judgment | June 25, 2021 |
| Defendant's Reply in Support of Summary Judgment and Opposition to Plaintiffs' Cross-Motion for Summary Judgment | July 29, 2021 |
| Plaintiffs' Reply in Support of Cross-Motion for Summary Judgment | August 27, 2021 |

SIGNED:

_____                    _____
Dated:                                     United States District Judge

- 3 -