UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALEXANDER VLADIMIROVICH ZALESHCHUK, *ET AL.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. CITIZENSHIP AND IMMIGRATION SERVICES, *ET AL.*, <br><br> Defendants. | Civ. A. No. 20-2938-DLF |

## JOINT MOTION FOR STAY

Plaintiff, Alexander Vladimirovich Zaleshchuk, *et al.*, and Defendants, United States Citizenship and Immigration Services ("USCIS"), *et al.*, by and through counsel, respectfully request a stay of all proceedings pending a request (either joint or individual) to lift the stay and proposal with respect to further proceedings.[1] The stay is sought to avoid a potentially unnecessary multiplication of proceedings while additional action is taken by the government on the original petition.

Specifically, Plaintiffs previously approved Form I-140 was sent back to USCIS from the U.S. Consulate in Moscow for review. That review is expected to be completed shortly and will likely result in either a Notice of Intent to Deny or an approval or re-affirmation, either of which would likely obviate the need for further proceedings before this Court. Because the timing of any next steps before this Court, if any, would be highly contingent upon the nature of the upcoming

---

[1] This joint motion is intended to supersede Defendants' extension request of March 26, 2021, which was filed without an opportunity for the parties to meet and confer. Government counsel apologizes that, in his haste to file the prior extension request immediately upon learning of the deadline, a proposed order from another case was erroneously attached to the motion.

decision and Plaintiffs' response and therefore impossible to accurately predict, an indefinite stay – essentially voidable by either party – is believed to be the most efficient way to proceed and avoid serial, time-consuming and expensive filings.

Wherefore, the parties respectfully request that the Court grant their joint request for a stay of all proceedings in this case.

Dated:  March 30, 2021

*/s/ Michael E. Piston* MI 002
225 Broadway
Suite 307
New York, NY 10007
(646) 845-9895

*Counsel for Plaintiffs*

Respectfully submitted,

CHANNING D. PHILLIPS, D.C. Bar #415793
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

*/s/ John Moustakas*
John Moustakas, D.C. Bar #442076
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2518
john.moustakas@usdoj.gov

*Counsel for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALEXANDER VLADIMIROVICH ZALESHCHUK, *ET AL.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. CITIZENSHIP AND IMMIGRATION SERVICES, *ET AL.*, <br><br> Defendants. | Civ. A. No. 20-2938-DLF |

## **(PROPOSED) ORDER**

Upon consideration of the parties' Motion for Stay, and the entire record herein, it is hereby

**ORDERED** that, for good cause shown, the Motion is GRANTED.

SIGNED:

_____                                    _____
Dated:                                                                              United States District Judge